IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN PAUL CASH, et al., | No. 2:23-CV-1572-DMC-P |
| Plaintiffs, | |
| v. | ORDER |
| NATASHA CHRONISTER, et al., | |
| Defendants. | |

Plaintiffs Shawn Paul Cash and Charlene Kay Strang, who are proceeding pro se, bring this civil action. Plaintiffs have not resolved the fee status for this case by filing either a complete application to proceed in forma pauperis as to both plaintiffs or paying the required filing fee. The application for leave to proceed in forma pauepris, filed on July 31, 2023, is not signed by Plaintiff Strang. Plaintiffs will be provided the opportunity to submit either a completed application to proceed in forma pauperis on behalf of Plaintiff Strang or pay the appropriate filing fee. Plaintiffs are warned that failure to comply with this order may result in the dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff Strang shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis or pay the appropriate filing fee; and

2. The Clerk of the Court is directed to send Plaintiffs a new form Application to Proceed In Forma Pauperis.

Dated: August 22, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE