IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN PAUL CASH, et al., | No. 2:23-CV-1572-DMC-P |
| Plaintiffs, | |
| v. | ORDER |
| NATASHA CHRONISTER, et al., | |
| Defendants. | |

      Plaintiffs Shawn Paul Cash and Charlene Kay Strang, who are proceeding pro se, bring this civil action. Pending before the Court are Plaintiffs' motions for leave to proceed in forma pauperis, ECF Nos. 2 and 4. Plaintiffs' complaint, and service thereof by the United States Marshal if appropriate, will be addressed separately. The Clerk of the Court shall not issue summons or set this matter for an initial scheduling conference unless specifically directed by the court to do so.

      Plaintiffs have submitted the affidavit required by 28 U.S.C. § 1915(a) showing that Plaintiff is unable to prepay fees and costs or give security therefor.

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motions for leave to proceed in forma pauperis, ECF Nos. 2 and 4, are granted.

Dated: January 4, 2024

                DENNIS M. COTA
                UNITED STATES MAGISTRATE JUDGE