UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN PAUL CASH, et al., | No. 2:23-cv-01572-DC-DMC (PS) |
| Plaintiffs, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION |
| NATASHA CHRONISTER, et al., | |
| Defendants. | (Doc. No. 8) |

Plaintiffs Shawn Paul Cash and Charlene Kay Strang are proceeding *pro se* and *in forma pauperis* in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 24, 2024, the assigned magistrate judge issued findings and recommendations recommending this action be dismissed, without prejudice, due to Plaintiff's failure to prosecute this action and failure to comply with a court order. (Doc. No. 8.) Specifically, Plaintiff has failed to comply with the court's order dated August 27, 2024, in which Plaintiff's complaint was dismissed and Plaintiff was directed to file a first amended complaint within thirty days. (Doc. No. 7.) Plaintiff did not thereafter file a first amended complaint. The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Doc. No. 8 at 2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now

1  passed.

2      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
3  *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
4  findings and recommendations are supported by the record and by proper analysis.

5      Accordingly:

6      1.    The findings and recommendations issued on October 24, 2024 (Doc. No. 8) are
7          adopted in full;

8      2.    This action is dismissed, without prejudice, due to Plaintiff's failure to prosecute
9          this action and failure to comply with a court order; and

10     3.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 12, 2024**

_____
Dena Coggins
United States District Judge