## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**SHAWN PAUL CASH, ET AL.,**

CASE NO: **2:23–CV–01572–DC–DMC**

v.

**NATASHA CHRONISTER, ET AL.,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/13/24**

**Keith Holland**
Clerk of Court

ENTERED: **November 13, 2024**

by: /s/ A. Salmeron
Deputy Clerk